**FRIEDMAN, JAMES & BUCHSBAUM LLP**

ATTORNEYS AT LAW
132 NASSAU STREET
SUITE 900
NEW YORK, NY 10038

(212) 239-9385
FAX (212) 619-2340
www.friedmanjames.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 16 2012 ★

BROOKLYN OFFICE

BERNARD D. FRIEDMAN
JOHN P. JAMES
ANDREW V. BUCHSBAUM

February 3, 2012

NEW JERSEY OFFICE
200 CRAIG ROAD
MANALAPAN, NJ 07726
(732) 431-1978

**VIA ECF**

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

Re:  **Verducci v. The City of New York**
    **11 CV 534(JBW)(SMG)**

Dear Judge Gold:

The parties have agreed to settle the captioned action for the amount recommended by the Court at the January 31st Settlement Conference. Accordingly, we request the Court enter a thirty (30) day Order of Dismissal.

Both parties thank the Court for its valuable assistance and guidance in achieving the successful resolution of the action.

Respectfully yours,

FRIEDMAN, JAMES & BUCHSBAUM LLP

John P. James

close the case
JW 2/13/12

JPJ:ll
Encls.

cc:  Anshel David, Esq.
    New York City Law Department
    [via e-mail: adavid@law.nyc.gov]

    Mark F. Palomino, Esq.
    New York City Law Department
    [via e-mail: mpalomin@law.nyc.gov]